

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:20CR58 (KAD) |
| v. | : | 18 U.S.C. § 3 (Accessory After the Fact) |
| HENRY FLOY, a.k.a. "Mills," SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," ANTOINE SISTRUNK, TA'RON PHARR, a.k.a. "250," and JAYLEN WILSON, a.k.a. "Jay-Dot" | : : : : | 18 U.S.C. § 2312 (Transportation of Stolen Vehicle) 18 U.S.C. § 1951(a) (Hobbs Act Robbery) 18 U.S.C. §§ 373 & 1512(a)(1) (Solicitation of Witness Tampering) 18 U.S.C. §1512(b)(3) (Tampering with a Witness) 18 U.S.C. § 2 (Aiding and Abetting) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(Accessory After the Fact to VICAR Murder)

1. At all times relevant to this Superseding Indictment, ONE, which stands for "Original North End," and alternatively "Only North End," including its leaders, members and associates, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

1

2.At all times relevant to this Superseding Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely acts involving narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846; acts involving witness tampering, in violation of Title 18, United States Code, Sections 1512 and 1513; acts involving the interstate transportation of stolen vehicles, in violation of Title 18, United States Code, Sections 2312 and 2313; and acts involving murder and robbery, in violation of the laws of the State of Connecticut.

3.On or about August 13, 2018, in the District of Connecticut, for the purpose of gaining entrance to and maintaining and increasing position in ONE, an enterprise engaged in racketeering activity, enterprise members and associates known to the Grand Jury did intentionally and knowingly murder Len Smith, in violation of Conn. Gen. Stats. § 53a-54a and § 53a-8, all in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

4.On or about August 13, 2018, in the District of Connecticut, the defendants HENRY FLOY, a.k.a. "Mills," SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," ANTOINE SISTRUNK, and others known and unknown to the Grand Jury, knowing that the above offense against the United States had been committed, received, relieved comforted, and assisted the enterprise members and associates known to the Grand Jury in order to hinder and prevent the apprehension, trial and punishment of said enterprise members and associates, to wit, by destroying and assisting in the destruction of the automobile and other evidence used to commit and relating to the above-described murder.

All in violation of Title 18, United States Code, Sections 3 and 2.

## COUNT TWO
(Interstate Transportation of Stolen Vehicle)

5. On or about August 9, 2018, in the District of Connecticut and elsewhere, the defendants HENRY FLOY, a.k.a. "Mills," SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," TA'RON PHARR, a.k.a. "250," and JAYLEN WILSON, a.k.a. "Jay-Dot," did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a 2015 Jeep Grand Cherokee, bearing Vehicle Identification Number 1C4RJFAG1FC875615, from the State of New York to the State of Connecticut, knowing the same to be stolen,

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT THREE
(Interference with Commerce by Robbery)

6. On or about October 22, 2018, the exact date being unknown to the Grand Jury, in the District of Connecticut, the defendant SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," along with others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect, and did attempt to unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that BRANTLEY did unlawfully take and obtain, and cause to be taken and obtained, personal property consisting of marijuana from and in the presence of Victim #1, whose identity is known to the Grand Jury, against his will, by means of actual and threatened force, violence, and fear of injury to his person.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FOUR
(Interference with Commerce by Robbery)

7.   On or about November 5, 2018, the exact date being unknown to the Grand Jury, in the District of Connecticut, the defendant SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," along with others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect, and did attempt to unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that BRANTLEY did unlawfully take and obtain, and did cause to be taken and obtained, personal property consisting of marijuana from and in the presence of Victim #1, whose identity is known to the Grand Jury, against his will, by means of actual and threatened force, violence, and fear of injury to his person.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE
(Conspiracy to Interfere with Commerce by Robbery)

8.   From on or about October 22, 2018 to on or about November 5, 2018, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," along with others known and unknown to the Grand Jury, did conspire to unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that BRANTLEY agreed with others to take personal property consisting

of marijuana from and in the presence of Victim #1, whose identity is known to the Grand Jury, against his will, by means of actual and threatened force, violence, and fear of injury to his person.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX
(Solicitation of Witness Tampering)

9. From on or about March 28, 2020 to April 3, 2020, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," with the intent that persons known and unknown to the Grand Jury engage in conduct constituting a felony that has as an element the use and attempted use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, and endeavor to persuade such persons known and unknown to the Grand Jury to kill and attempt to kill Victim #1, whose identity is known to the Grand Jury, with the intent to prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(a)(1)(C).

All in violation of Title 18, United States Code, Section 373.

## COUNT SEVEN
(Tampering with a Witness by Threat)

10. From on or about March 28, 2020 to on or about April 8, 2020, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," did knowingly threaten and

attempt to threaten Victim #1, and did knowingly corruptly persuade another person and did attempt to do so, by engaging in conduct intended to cause bodily injury to and the death of Victim #1, whose identity is known to the Grand Jury, with the intent to prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission of a Federal offense, namely Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a).

All in violation of Title 18, United States Code, Section 1512(b)(3).

FORFEITURE ALLEGATION
(Interstate Transportation of Stolen Vehicle)

11. Upon conviction of the offense alleged in Count Two of this Superseding Indictment, that is, Interstate Transportation of a Stolen Vehicle in violation of Title 18, United States Code, Section 2312, the defendants HENRY FLOY, a.k.a. "Mills," SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," "Kellz," and "Man Man," TA'RON PHARR, a.k.a. "250," and JAYLEN WILSON, a.k.a. "Jay-Dot," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(F)(iv) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any and all property, real or personal, that represents or is traceable to the gross proceeds obtained directly or indirectly, from a violation of Title 18 United States Code, Section 2312, including but not limited to the following: a sum of money equal to the total amount of any property, real or personal, that constitutes or is derived from proceeds obtained as a result of interstate transportation of the stolen vehicle alleged in Count Two.

All in accordance with Title 18, United States Code, Section 981(a)(1), as incorporated by Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY

_____
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

_____
JOCELYN C. KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY

7