UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF CONNECTICUT

## **ARRAIGNMENT**

Honorable Robert M. Spector
United States Magistrate Judge
United States District Court
141 Church Street
New Haven, Connecticut

**Thursday, October 29, 2020**
**2:30 P.M.**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:20CR58 (KAD) **RKALE** |
| v. | |
| JAYLEN WILSON, a.k.a. "Jay-Dot" | 18 USC § 1962(c) – **COUNT ONE** RICO - RACKETEERING |
| James K. Filan, Esq. | PENALTY: MAXIMUM OF 20 YEARS OF IMPRISONMENT FINE OF $250,000 SUPERVISED RELEASE OF NO MORE THAN 3 YRS SPECIAL ASSESSMENT OF $100.00 |
| | 18 USC § 2312 – **COUNT THREE** INTERSTATE TRANSPORTATION OF STOLEN VEHICLE |
| | PENALTY: MAXIMUM OF 10 YEARS OF IMPRISONMENT FINE OF $250,000 SUPERVISED RELEASE OF NO MORE THAN 3 YRS SPECIAL ASSESSMENT OF $100.00 |
| | 21 USC §§ 841(a)(1), 841(b)(1)(C) – **COUNT NINE** POSSESSION WITH INTENT TO DISTRIBUTE HEROIN |
| | PENALTY: MAXIMUM OF 20 YEARS OF IMPRISONMENT FINE OF $1 MILLION SUPERVISED RELEASE OF 3 YRS UP TO LIFE SPECIAL ASSESSMENT OF $100.00 |

18 USC §§ 924(c)(1)(A), 924(c)(2) – **COUNT TEN**
POSSESSION OF A FIREARM IN FURTHERANCE OF A
DRUG TRAFFICKING CRIME

PENALTY:
MAXIMUM OF LIFE OF IMPRISONMENT
MANDATORY MINIMUM OF 5 YRS OF IMPRISONMENT
FINE OF $250,000
SUPERVISED RELEASE OF 5 YRS
SPECIAL ASSESSMENT OF $100.00

21 USC §§ 841(a)(1), 841(b)(1)(C) – **COUNT ELEVEN**
POSSESSION WITH INTENT TO DISTRIBUTE HEROIN
AND COCAINE BASE

PENALTY:
MAXIMUM OF 20 YEARS OF IMPRISONMENT
FINE OF $1 MILLION
SUPERVISED RELEASE OF 3 YRS UP TO LIFE
SPECIAL ASSESSMENT OF $100.00

18 USC §§ 924(c)(1)(A) & 924(c)(2) – **COUNT TWELVE**
POSSESSION OF A FIREARM IN FURTHERANCE OF A
DRUG TRAFFICKING CRIME

PENALTY:
MAXIMUM OF LIFE OF IMPRISONMENT
MANDATORY MINIMUM OF 5 YRS OF IMPRISONMENT
FINE OF $250,000
SUPERVISED RELEASE OF 5 YRS
SPECIAL ASSESSMENT OF $100.00

TO:    HONORABLE KARI A. DOOLEY – UNITED STATES DISTRICT JUDGE
       HONORABLE ROBERT M. SPECTOR – UNITED STATES MAGISTRATE JUDGE

CC:    UNITED STATES ATTORNEY'S OFFICE - BRIDGEPORT, NEW HAVEN & HARTFORD
       UNITED STATES MARSHAL'S OFFICE – NEW HAVEN
       UNITED STATES CLERK'S OFFICE - NEW HAVEN
       UNITED STATES PROBATION OFFICE – NEW HAVEN
       SPECIAL AGENT ERIN MCNAMARA – FEDERAL BUREAU OF INVESTIGATION
       JAMES K. FILAN, ESQ. – FILAN, LLC
            315 POST ROAD WEST, WESTPORT, CT 06880